**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacie Robins, | No. CV-17-03045-PHX-JJT |
| Plaintiff/Judgment Creditor, | **ORDER** |
| v. | |
| Sean Cannon, et al., | |
| Defendants/Judgment Debtors. | |

Plaintiff has obtained three judgments against Defendant Sean Cannon and Cannon Law Firm, PLLC: Order and Judgment entered on February 13, 2018, for the amount of $7,073.50 with interest at the federal rate of 1.89% per annum (Doc. 9); Judgment and Taxation of Costs dated March 19, 2018, for $480.00, plus interest at the federal rate of 2.06% per annum (Doc. 22); and Order dated April 16, 2018, for $6,161.00 plus interest at the federal rate of 2.10% per annum (Doc.24). On January 3, 2022, this Court issued an Order for Supplemental Proceeding and Judgment Debtor Examination against Mr. Cannon and his law firm to be held on January 27, 2022 (Doc. 56). The Court issued an Order permitting alternative service (Doc. 58), and service of process was executed by email on January 24, 2022 (Doc. 60-1). Defendants failed to appear at the Judgment Debtor Examination (Doc. 59).

Plaintiff filed a "Motion For Civil Arrest Warrant To Be Issued And Application For An Order To Show Cause Why The Civil Arrest Warrant Should Be Purged" (Doc. 60), Defendants responded (Doc. 61), and Plaintiff replied (Doc. 62).

For good cause shown,

**IT IS ORDERED** granting in part Plaintiff's "Motion For Civil Arrest Warrant To Be Issued And Application For An Order To Show Cause Why The Civil Arrest Warrant Should Be Purged" (Doc. 60).

**IT IS FURTHER ORDERED** setting an Order to Show Cause Hearing for **June 17, 2022 at 9:30 a.m.** At this hearing Sean Cannon shall appear and show cause why he should not be held in contempt for failure to appear at the judgment debtors' examination as required by the Court's Order.

**IT IS FURTHER ORDERED** that the Defendants may avoid the Order to Show Cause Hearing by appearing and complying with the judgment debtors' examination Order (Doc. 56) previously served on Sean Collins on January 24, 2022.

**IT IS FURTHER ORDERED** that Plaintiff shall serve this Order on Defendants/Judgment Debtors Sean Cannon and his firm by alternative service, namely email as previously ordered, prior to the hearing.

Dated this 10th day of May, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge